# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2023-0638
_____

DANIEL MURPHY,

    Appellant,

    v.

POLK COUNTY BOARD OF COUNTY
COMMISSIONERS, and
COMMERCIAL RISK
MANAGEMENT,

    Appellees.

_____


On appeal from the Office of the Judges of Compensation Claims.
Brian J. Anthony, Judge.

Date of Accident: July 10, 2015.


June 5, 2024

PER CURIAM.

AFFIRMED. *See Checkers Rest. v. Wiethoff*, 925 So. 2d 348, 351 (Fla. 1st DCA 2006) (en banc) ("[S]ection 440.20(4) does not preclude the E/C from challenging the claimant's entitlement to benefits, by contending that the injuries resulting from the industrial accident were not the MCC [major contributing cause] of the claimant's need for further treatment or surgery.").

B.L. THOMAS, BILBREY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Bradley G. Smith of Smith, Feddler & Smith P.A., Lakeland; Thomas Warren Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellant.

Thomas Vecchio of Vecchio, Carrier, Feldman & Johannessen, P.A., Lakeland, for Appellees.